STATE OF MAINE
KENNEBEC, SS.

UNIFIED CRIMINAL COURT
AUGUSTA
DOCKET NO. CR-16-2140

STATE OF MAINE

V.

KIMBERLY VIGUE

**DISCOVERY ORDER**

After hearing argument from counsel for the State and the Defendant and receiving the testimony of Chief Deputy Alfred Morin on May 23, 2017, it is hereby

ORDERED, that the Kennebec County Sheriff's Department shall provide, within 14 days of the date of this Order, the following material to the District Attorney's Office:

1) Any and all health and medical records of the alleged victim, including any medication orders as were in effect on 12/21/2015 and for the one month period prior to that date;
2) Any and all disciplinary records of the alleged victim through and including 12/21/2015 and for the one month period prior to that date;
3) Written and recorded statements of witnesses obtained during the course of the OPR (Office of Professional Review) investigation of the incident(s) that gave rise to the charges against the Defendant.

The District Attorney shall review the material as promptly as possible, and shall follow the procedures described in the

court's February 28, 2017 Order regarding providing copies of any material to the defense or seeking *in camera* review by the court if necessary.

The Defendant's Motion for Sanctions dated May 10, 2017 seeking dismissal of the charges with prejudice is DENIED.

Dated: May 23, 2017

William R. Stokes
Justice, Superior Court